# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Western Division

UNITED STATES OF AMERICA

                      Plaintiff,

v.                                     Case No.: 3:17−cr−50083

                                     Honorable Philip G. Reinhard

Troy E. Powell

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, September 24, 2018:

      MINUTE entry before the Honorable Philip G. Reinhard as to Troy E. Powell: Supervised Release Hearing as to Troy E. Powell held on 9/24/2018. Supervised release conditions modified, amended judgment to enter. Electronic notice (kms)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.