IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 17 CR 50083-1 |
| | ) | |
| vs. | ) | |
| | ) | |
| Troy Powell, | ) | Judge Philip G. Reinhard |
| | ) | |
| Defendant. | ) | |

## ORDER

Defendant has filed, pro se, a request for release from supervised release [36]. The probation officer and government shall respond by October 18, 2021.

Date: 10/07/2021    ENTER:

*Philip G. Reinhard*
United States District Court Judge

Notices mailed by Judicial Staff.  (LC)